## Colwell *v.* Wilkins et al., Appellants.

Argued December 8, 1970. *Ronald H. Sherr,* with him *Detweiler, Sherr & Hughes,* for appellant; *Murray C. Goldman,* for appellee.

Judgment affirmed.

## Commonwealth *v.* Allen, Appellant.

Submitted November 13, 1970. *Sallie Ann Radick,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Aragona, Appellant.

Argued December 7, 1970. *Daniel C. Barrish,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.